## State of New York
## Court of Appeals

**Present,** Hon. Rowan D. Wilson, *Chief Judge*, **presiding**.

---

No. 29
Ester Lelchook, &c., et al.,
    Appellants,
  v.
Société Générale de Banque au Liban SAL,
    Respondent.

---

    Appellants in the above entitled certified question appeared by Osen LLC; respondent appeared by Freshfields Bruckhaus Deringer US LLP.

    The Court, after due deliberation, orders and adjudges that following certification of questions by the United States Court of Appeals for the Second Circuit and acceptance of the questions by this Court pursuant to section 500.27 of this Court's Rules of Practice, and after hearing argument by counsel for the parties and consideration of the briefs and record submitted, the first certified question is answered in the affirmative and the second certified question not answered as unnecessary. Opinion by Judge Halligan. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro and Troutman concur.

                                        Lisa LeCours
                                        Clerk of the Court

Court of Appeals, Clerk's Office, Albany, April 18, 2024
US Court of Appeals, 2d Circuit (Docket No. 21-975)