# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-four.

Present:
>	Reena Raggi,
>	Richard C. Wesley,
>	Susan L. Carney,
>		*Circuit Judges*.

---

Ester Lelchook, individually and as personal representative of the Estate of David Martin Lelchook, Michael Lelchook, Yael Lelchook, Alexander Lelchook, individually and as personal representative of the Estate of Doris Lelchook, Malka Kumer, Chana Liba Kumer, Miriam Almackies, Chaim Kaplan, Rivka Kaplan, Brian Erdstein, Karene Erdstein, Ma'ayan Erdstein, Chayim Kumer, Nechama Kumer, Laurie Rappepport, Margalit Rappeport, Theodore (Ted) Greenberg, Moreen Greenberg, Jared Sauter, Dvora Chana Kaszemacher, Chaya Kaszemacher Alkareif, Avishai Reuvane, Elisheva Aron, Yair Mor, Mikimi Steinberg,

>	*Plaintiffs-Appellants*,

v.	No. 21-975

Société Générale de Banque au Liban SAL,

>	*Defendant-Appellee*.

---

Following certification of questions by this Court to the New York Court of Appeals, the New York Court of Appeals clarified that, under New York law, "where an entity acquires all of another entity's liabilities and assets, but does not merge with that entity, it inherits the acquired entity's status for purposes of specific personal jurisdiction." *Lelchook v. Société Générale de Banque au Liban SAL*, 2024 N.Y. Op. No. 29 at 12 (N.Y. Apr. 18, 2024). In its April 26, 2023 Opinion certifying questions to the New York Court of Appeals, this Court reserved decision on the issue whether exercising jurisdiction over Société Générale de Banque au Liban SAL ("SGBL") in the circumstances presented comports with constitutional due process. *See Lelchook v. Société Générale de Banque au Liban SAL*, 67 F.4th 69, 88 n.25 (2d Cir. 2023).

It is hereby ORDERED that the parties shall submit supplemental letter briefs, not to exceed 15 pages double-spaced, addressing the effect of the decision of the New York Court of Appeals on the case and the question whether exercising specific personal jurisdiction over SGBL comports with constitutional due process. The parties shall submit their supplemental letter briefs no later than May 17, 2024.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court