# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-975

**Caption [use short title]**

**Motion for:** Extension of time in which to file a Petition for Rehearing

Lelchook, et al.

v.

Société Générale De Banque Au Liban S.A.L.

Set forth below precise, complete statement of relief sought:

Defendant-Appellee requests a 30-day extension of time in which to file a petition for panel rehearing or or rehearing en banc. Counsel for Plaintiffs-Appellants has stated that he does not oppose the relief requested.

**MOVING PARTY:** Defendant-Appellee  
**OPPOSING PARTY:** Plaintiffs-Appellants

☐ Plaintiff  ☑ Defendant  
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Brian J. Leske  
**OPPOSING ATTORNEY:** See attached list

[name of attorney, with firm, address, phone number and e-mail]

Ashcroft Law Firm LLC  
200 State Street, 7th Floor, Boston, MA 02109  
617-573-9400; bleske@ashcroftlawfirm.com

Court- Judge/ Agency appealed from: Judge Raymond J. Dearie; EDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:  
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:  
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No  
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☑ Yes  ☐ No  If yes, enter date: May 17, 2022

**Signature of Moving Attorney:**  
/s/Brian J. Leske   Date: 08/14/25   Service: ☑ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

**List of Opposing Counsel**

Robert J. Tolchin, Esq.
The Berkman Law Office, LLC
829 East 15th Street, Box 7
Brooklyn, NY 11230
Direct: 718-855-3627
rtolchin@berkmanlaw.com

Gary M. Osen, Esq.
Osen LLC
Suite 272
190 Moore Street
Hackensack, NJ 07601
Direct: 201-265-6400
gosen@osenlaw.com

Michael Radine, Esq.
Osen LLC
Suite 272
190 Moore Street
Hackensack, NJ 07601
Direct: 201-265-6400
mradine@osenlaw.com

*Attorneys for Plaintiffs-Appellants*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| ESTER LELCHOOK, ET AL., <br><br> *Plaintiffs-Appellants* <br><br> v. <br><br> SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN S.A.L., <br><br> *Defendant-Appellee.* | Docket No. 21-975 |

## DEFENDANT-APPELLEE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A PETITION FOR PANEL REHEARING OR REHEARING EN BANC

Defendant-Appellant Société Générale de Banque au Liban S.A.L. ("SGBL") respectfully moves for a thirty-day extension of time in which to file a petition for panel rehearing or rehearing *en banc*. In support of this motion, SGBL states as follows:

1. This Court issued its published opinion and judgment on August 11, 2025. Dkt. Nos. 93 (Certified Copy) & 101 (Judgment).

2. Absent an extension of time, the petition would be due on August 25, 2025.

3. SGBL respectfully requests a 30-day extension of time up to and including September 24, 2025.

4. Undersigned counsel has conferred with Appellants' counsel, who does not oppose the requested relief.

5. This is the first request for an extension of time.

6. Good cause supports the requested extension. In addition to preparing this petition for rehearing as lead appellate counsel (and counsel who presented oral arguments both in this Court and state court following certification of a question of state law), undersigned counsel is lead appellate counsel preparing the opening brief in *Mueller Brass Company, et al. v. Crompton*, Case No. 25-5621 (6th Cir.), which is due September 17, 2025; is trial counsel working on ongoing discovery issues in the anti-terrorism litigation *Bartlett, et al. v. Société Générale de Banque au Liban SAL, et al.,* No. 19-cv-7 (E.D.N.Y.); is drafting a time-sensitive complaint to be filed regarding the constitutional responsibilities of a state constitutional officer; and is working on numerous other non-public matters that require significant attention.

7. In light of the above pre-existing professional responsibilities, additional time is necessary for undersigned counsel to prepare the petition for rehearing, which, as discussed next, raises important issues regarding the exercise of personal jurisdiction over a foreign defendant under the Fourteenth Amendment.

8. The issues presented in this appeal are serious, novel and complex. In a 33-page published opinion, this Court first certified a state law question regarding jurisdictional inheritability to the New York Court of Appeals. Dkt. No. 73.

Following the state court's decision, Dkt. No. 81, this Court ordered briefing on whether the exercise of personal jurisdiction comports with constitutional due process. Dkt. No. 83; *see also* Dkt. Nos. 88 & 89. This Court has now issued a 32-page published opinion finding that (a) SGBL is subject to the specific personal jurisdiction of New York courts under a "successor personal jurisdiction theory" for purposes of adjudicating plaintiffs' claims and (b) the exercise of that jurisdiction comports with federal due process principles. Dkt. No. 93 (Certified Copy).

9. The opinion has the potential, among other things, to set important precedent regarding the exercise of personal jurisdiction over out-of-state companies alleged to be a "successor." Additional time thus is necessary to ensure that the petition for rehearing adequately addresses the constitutional and public policy issues raised by the opinion.

10. Finally, no prejudice will result from this extension. Appellants' counsel does not oppose the relief requested by this motion. In addition, the complaint was filed on January 2, 2019, and the instant appeal was docketed on April 4, 2021. A modest thirty-day extension will not unduly delay disposition of this case and neither the parties nor the Court will incur any additional obligations during the requested period.

For the foregoing reasons, SGBL respectfully requests this Court to grant the motion and extend the date for filing a petition for rehearing until September 24, 2025.

Respectfully submitted,

/s/ *Brian J. Leske*
Brian J. Leske
Michael J. Sullivan
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: 617-573-9400
Email: bleske@ashcroftlawfirm.com

*Counsel for Defendant-Appellee SGBL*