# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand twenty-five.

---

Ester Lelchook, and as personal representative of the Estate of David Martin Lelchook, Michael Lelchook, Yael Lelchook, Alexander Lelchook, individually and as personal representative of the Estate of Doris Lelchook, Malka Kumer, Chana Liba Kumer, Miriam Almackies, Chaim Kaplan, Rivka Kaplan, Brian Erdstein, Karene Erdstein, Ma'ayan Erdstein, Chayim Kumer, Nechama Kumer, Laurie Rappepport, Margalit Rappeport, Theodore (Ted) Greenberg, Moreen Greenberg, Jared Sauter, Dvora Chana Kaszemacher, Chaya Kaszemacher Alkareif, Avishai Reuvane, Elisheva Aron, Yair Mor, Mikimi Steinberg,

**ORDER**

Docket No: 21-975

Plaintiffs- Appellants,

v.

Societe Generale De Banque Au Liban Sal,

Defendants - Appellees.

---

Appellees Societe Generale De Banque Au Liban Sal, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

